SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BAO CHRIS TU LUU, aka<br>BAO TU LUU, aka CHRIS LUU,<br><br>Plaintiff,<br><br>v.<br><br>PAUL CLEMENT, Acting Attorney General<br>of the United States;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>DAVID N. STILL, District Director,<br>San Francisco, U.S. Citizenship and Immigration<br>Services;<br>EMILIO GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 07-4493 RMW<br><br>ANSWER |

Defendants hereby submit their answer to Plaintiff's Petition for Writ of Mandamus.

**INTRODUCTION**

1.  Paragraph One consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations in this paragraph.

2.  Defendants admit the allegations in Paragraph Two.

ANSWER
C07-4493 RMW                              1

3.  Defendants deny the allegations in Paragraph Three.

4.  Defendants admit the allegations in Paragraph four.

5.  Paragraph Five consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## FACTS

6.  Defendants admit the allegations in Paragraph Six.

7.  Defendants admit the allegations in Paragraph Seven.

8.  Defendants admit the allegations in Paragraph Eight.

9.  Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eleven.

## CLAIMS

12. Defendants deny the allegations in Paragraph Twelve.

13. Defendants deny the allegations in Paragraph Thirteen.

14. Defendants deny the allegations in Paragraph Fourteen.

The remaining unnumbered paragraphs consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

## SECOND AFFIRMATIVE DEFENSE

The Petition fails to state a claim against the Defendants upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

ANSWER
C07-4493 RMW                    2

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants' delay is not unreasonable as a matter of law.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Petition with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: November 6, 2007                              Respectfully submitted,

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney


                                                     _____/s/_____
                                                     ILA C. DEISS
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants

ANSWER
C07-4493 RMW                              3