1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  BAO CHRIS TU LUU, aka                    )
    BAO TU LUU, aka CHRIS LUU,               )   No. C 07-4493 RMW
13                                           )
          Plaintiff,                         )
14                                           )   **PARTIES' JOINT REQUEST TO BE**
          v.                                 )   **EXEMPT FROM FORMAL ADR**
15                                           )   **PROCESS**
    MICHAEL MUKASEY, Attorney General        )
16  of the United States;                    )
    MICHAEL CHERTOFF, Secretary,             )
17  Department of Homeland Security;         )
    DAVID N. STILL, District Director,       )
18  San Francisco, U.S. Citizenship and Immigration )
    Services;                                )
19  EMILIO GONZALEZ, Director, U.S.          )
    Citizenship and Immigration Services;    )
20  ROBERT S. MUELLER, III, Director,        )
    Federal Bureau of Investigation,         )
21                                           )
          Defendants.                        )
22  _____ )

23       Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

24  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

25  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

26  options provided by the court and private entities, and considered whether this case might benefit

27  from any of them.

28       Here, the parties agree that referral to a formal ADR process will not be beneficial because this

Parties' Request to be Exempt from ADR Process
C07-4493 RMW                     1

1   action is limited to Plaintiff's request that this Court compel defendants to adjudicate the

2   application for naturalization.  Defendants have already requested the FBI expedite the name check

3   so that the application may be processed as soon as possible.  Given the substance of the action

4   and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and

5   unnecessarily tax court resources.

6       Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

7   ADR Multi-Option Program and that they be excused from participating in the ADR phone

8   conference and any further formal ADR process.

9   Dated: November 26, 2007                    Respectfully submitted,

10                                              SCOTT N. SCHOOLS
                                                United States Attorney

11

12                                              _____/s/_____
13                                              ILA C. DEISS
                                                Assistant United States Attorney
14                                              Attorney for Defendants

15

16  Dated: November 26, 2007            _____/s/_____
17                                              GABRIEL D. JACK
                                                Attorney for Plaintiff

18                                  **ORDER**

19

20      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the

21  ADR Multi-Option Program and are excused from participating in the ADR phone conference and

    any further formal ADR process.

22  **SO ORDERED.**

23

24  Dated:                            _____
                                                RONALD M. WHYTE
25                                              United States District Judge

26

27

28