1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants                                          *E-FILED - 12/12/07*
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 BAO CHRIS TU LUU, aka                )
   BAO TU LUU, aka CHRIS LUU,           )  No. C 07-4493 RMW
13                                      )
                   Plaintiff,           )
14                                      )  **STIPULATION TO EXTEND DATES;**
           v.                           )  **and** xxxxxxxxxxxxxxx **ORDER**
15                                      )
   PAUL CLEMENT, Acting Attorney General)
16 of the United States;                )
   MICHAEL CHERTOFF, Secretary,         )
17 Department of Homeland Security;     )
   DAVID N. STILL, District Director,   )
18 San Francisco, U.S. Citizenship and Immigration )
   Services;                            )
19 EMILIO GONZALEZ, Director, U.S.      )
   Citizenship and Immigration Services;)
20 ROBERT S. MUELLER, III, Director,    )
   Federal Bureau of Investigation,     )
21                                      )
                   Defendants.          )
22                                      )

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1. Plaintiff filed this action on or about August 30, 2007, and Defendants' filed their response

26 on November 7, 2007.

27     2. On December 7, 2007, USCIS requested an expedited name check for Plaintiff.

28     3. Accordingly, in order to allow sufficient time for the name check to be processed, the

Stipulation to Extend Dates
C07-4493 RMW                              1

parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

    Last day to file/serve Joint Case Management Statement:    January 11, 2008

    Case Management Conference:    January 18, 2008 at 10:30 a.m.

Dated: December 11, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 11, 2007

/s/
GABRIEL JACK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/12/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation to Extend Dates
C07-4493 RMW    2