1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 BAO CHRIS TU LUU, aka             )
   BAO TU LUU, aka CHRIS LUU,        ) No. C 07-4493 RMW
13                                   )
                Plaintiff,           )
14                                   ) **STIPULATION TO DISMISS and**
         v.                          ) **[PROPOSED] ORDER**
15                                   )
   PAUL CLEMENT, Acting Attorney General )
16 of the United States;             )
   MICHAEL CHERTOFF, Secretary,      )
17 Department of Homeland Security;  )
   DAVID N. STILL, District Director, )
18 San Francisco, U.S. Citizenship and Immigration )
   Services;                         )
19 EMILIO GONZALEZ, Director, U.S.   )
   Citizenship and Immigration Services; )
20 ROBERT S. MUELLER, III, Director, )
   Federal Bureau of Investigation,  )
21                                   )
                Defendants.          )
22 _____   )

23      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, that this action be remanded

25 pursuant to 8 U.S.C. 1447 (b) to the United States Citizenship and Immigration Services

26 ("USCIS") with an order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-

27 400") within 30 days after approval of this stipulation by the Court.

28      Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-4493 RMW                                    1

| | |
|---|---|
| 1  Dated: January 11, 2008 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |

Dated: January 11, 2008

           /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: January 11, 2008

           /s/
GABRIEL D. JACK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-4493 RMW                                    2