| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

***E-FILED - 1/16/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BAO CHRIS TU LUU, aka<br>BAO TU LUU, aka CHRIS LUU, | ) ) | No. C 07-4493 RMW |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION TO DISMISS and [PROPOSED] ORDER** |
| PAUL CLEMENT, Acting Attorney General<br>of the United States;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>DAVID N. STILL, District Director,<br>San Francisco, U.S. Citizenship and Immigration<br>Services;<br>EMILIO GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, that this action be remanded pursuant to 8 U.S.C. 1447 (b) to the United States Citizenship and Immigration Services ("USCIS") with an order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-400") within 30 days after approval of this stipulation by the Court.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-4493 RMW                                                        1

1 | Dated: January 11, 2008 

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: January 11, 2008

_____/s/_____
GABRIEL D. JACK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/16/08

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C07-4493 RMW                                2